1  Mark C. Scarsi (SBN 183926)
   mscarsi@milbank.com
2  Miguel Ruiz (SBN 240387)
   mruiz@milbank.com
3  Jennifer L. Miremadi (SBN 245559)
   jmiremadi@milbank.com
4  Ashlee N. Lin (SBN 275267)
   ashlee.lin@milbank.com
5  Michael Sheen (SBN 288284)
   msheen@milbank.com
6  MILBANK, TWEED, HADLEY & McCLOY LLP
   601 South Figueroa Street, 30th Floor
7  Los Angeles, California  90017
   Telephone:  (213) 892-4000
8  Facsimile:   (213) 629-5063

9  Christopher J. Gaspar (*pro hac vice*)
   cgaspar@milbank.com
10 MILBANK, TWEED, HADLEY & McCLOY LLP
   1 Chase Manhattan Plaza
11 New York, NY 10005

12 *Attorneys for Defendant Apple Inc.*

13

14            UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF CALIFORNIA
15

16 | WI-LAN USA, INC. and | Case No.: 3:13-cv-798-DMS (BLM) |
17 | WI-LAN, INC., | |
   | | **DEFENDANT APPLE INC.'S NOTICE** |
18 | Plaintiffs, | **OF MOTION AND MOTION FOR** |
   | | **SUMMARY JUDGMENT** |
19 | v. | |
   | | Hearing date:   September 26, 2014 |
20 | APPLE INC., | Time:        1:30p.m. |
   | Defendant. | |
21 | | Department:   13A |
   | | Judge:      Hon. Dana M. Sabraw |
22 | | Magistrate Judge:  Hon. Barbara L. Major |
23 | | Complaint Filed:   December 6, 2012 |

24

25

26

27

28

## NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE THAT on September 26, 2014 at 1:30 p.m., or as soon thereafter as the matter may be heard in Department 13A of the above-entitled court, located at the Edward J. Schwartz U.S. Courthouse, 221 West Broadway, San Diego, California, Defendant Apple Inc. ("Apple") will and hereby does move for summary judgment, pursuant to Federal Rule of Civil Procedure 56.

   Apple bases this motion on this Notice of Motion, the Separate Statement of Undisputed Material Facts, the Memorandum of Points and Authorities, the concurrently filed Declaration of Mark C. Scarsi, the pleadings, papers, and records on file with the Court in this action, as well as any further evidence or argument that may be presented at the hearing of this Motion.

DATED:  August 22, 2014          MILBANK, TWEED, HADLEY
                                 & McCLOY LLP


                                 By:  /s/ Mark C. Scarsi
                                      Mark C. Scarsi (SBN 183926)
                                      Milbank, Tweed, Hadley & McCloy LLP
                                      601 South Figueroa, 30th Floor
                                      Los Angeles, CA 90017
                                      Telephone:  (213) 892-4000
                                      Facsimile:  (213) 629-5063
                                      Email:  mscarsi@milbank.com
                                              cgaspar@milbank.com
                                              mruiz@milbank.com
                                              jmiremadi@milbank.com
                                              ashlee.lin@milbank.com
                                              msheen@milbank.com

                                 *Attorneys for Defendant Apple Inc.*

-1-

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document has been forwarded, via the Courts CM/ECF electronic filing system upon Plaintiff's counsel of record on August 22, 2014.

/s/ *Mark C. Scarsi*
Mark C. Scarsi

-2-