UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WI-LAN USA, INC. AND WI-LAN, INC., | Case No. 13CV798-DMS (BLM) |
| Plaintiffs, | **ORDER VACATING OCTOBER 3, 2014 MANDATORY SETTLEMENT CONFERENCE** |
| v. | |
| APPLE INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

In light of United States District Judge Dana M. Sabraw's order (ECF No. 278), the court **VACATES** the Mandatory Settlement Conference set for October 3, 2014.

**IT IS SO ORDERED**.

DATED: October 1, 2014

BARBARA L. MAJOR
United States Magistrate Judge