1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McKool Smith, P.C.
New York, NY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

WI-LAN USA, INC. AND WI-LAN, INC.

Plaintiffs,

v.

APPLE INC.

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:13-CV-798-DMS (BLM)

**ORDER GRANTING JOINT MOTION TO STAY THE PRETRIAL SCHEDULE**

Department: 13A
Judge: Hon. Dana M. Sabraw
Magistrate Judge: Hon. Barbara L. Major

Complaint Filed: Dec 6, 2012

## ORDER GRANTING JOINT
## MOTION TO STAY THE PRETRIAL SCHEDULE

Pending before this Court is Plaintiffs' Wi-LAN USA, Inc. and Wi-LAN, Inc. and Defendant's Apple Inc. Joint Motion to Stay the Pretrial Schedule. Having reviewed the motion, the Court finds good cause and hereby **GRANTS** the Motion and stays the pretrial schedule.  All currently scheduled dates are hereby stayed until October 28, 2014, which is the deadline for filing a motion for reconsideration of this Court's September 30, 2014 Order granting Apple's motion for summary judgment of noninfringement.  If any party files a motion for reconsideration by that deadline, the

1  stay will remain in place until that motion is resolved.  If no party files a motion for

2  reconsideration by that deadline, the Court will hold a telephonic status conference

3  with counsel on **October 29, 2014**, at **1:30 p.m.**  Counsel for Plaintiffs shall

4  coordinate that conference call, if necessary.

5  DONE and ORDERED in chambers, San Diego, California, this 6th day of October

6  2014.

7                                        DANA M. SABRAW
                                        UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT MOTION TO STAY
PRETRIAL SCHEDULE                                    Case No. 3:13-CV-798-DMS (BLM)

**McKool Smith, P.C.**
New York, NY