1 | Allison H. Goddard (211098)
2 | ali@pattersonlawgroup.com
  | PATTERSON LAW GROUP
3 | 402 West Broadway, 29th Floor
  | San Diego, CA 92101
4 | (619) 398-4760
  | (619) 756-6991 (facsimile)
5
  | *Attorneys for Plaintiffs,*
6 | *WI-LAN USA, INC. and WI-LAN INC.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**SAN DIEGO**

| | |
|---|---|
| WI-LAN USA, INC. and WI-LAN INC., <br><br> Plaintiffs, <br><br> vs. <br><br> APPLE INC., <br><br> Defendant. | No. 3:13-cv-0798-DMS-BLM <br><br> **NOTICE OF WI-LAN'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT** <br><br> **Hon. Dana M. Sabraw** <br> **Hon. Barbara L. Major** <br> **Department: 13A** <br> **Hearing Date: December 12, 2014** <br> **Time: 1:30 pm** |

1  Upon the attached Memorandum of Points and Authorities, Declaration of
2  Dirk Thomas and accompanying exhibits attached thereto, Declaration of Vijay
3  Madisetti and accompanying exhibits attached thereto, Plaintiffs Wi-LAN USA
4  Inc. and Wi-LAN Inc. ("Wi-LAN") respectfully moves the Court for
5  reconsideration of the Court's Order granting Defendants' Motion for Summary
6  Judgment of Noninfringement (ECF No. 278).

Dated: October 28, 2014                Respectfully submitted,

                                       By:   */s/ Dirk D. Thomas*
                                             Dirk D. Thomas

                                             **MCKOOL SMITH, P.C.**

                                             *Attorneys for Plaintiffs,*
                                             *WI-LAN USA, INC. and WI-LAN INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2014, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and was served through that system under FRCP 5(b)(2)(E) on all counsel who are deemed to have consented to electronic service.

By: */s/ Dirk D. Thomas*
Dirk D. Thomas

**MCKOOL SMITH, P.C.**

*Attorneys for Plaintiffs,*
*WI-LAN USA, INC. and WI-LAN INC.*