Allison H. Goddard (211098)
   ali@pattersonlawgroup.com
PATTERSON LAW GROUP
402 West Broadway, 29th Floor
San Diego, CA  92101
(619) 398-4760
(619) 756-6991 (facsimile)

*Attorneys for Plaintiffs,*
*WI-LAN USA, INC. and WI-LAN INC.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**SAN DIEGO**

| | |
|---|---|
| WI-LAN USA, INC. and WI-LAN INC.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>APPLE INC.,<br><br>  Defendant. | No. 3:13-cv-0798-DMS-BLM<br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

Notice is hereby given that Plaintiffs Wi-LAN USA, Inc. and Wi-LAN Inc. ("Wi-LAN") appeal to the United States Court of Appeals for the Federal Circuit from the Order Construing Patent Claims entered on December 23, 2013 (Dkt. 98), the Order Granting Plaintiffs' Motion for Clarification and Reconsideration of the Markman Order entered on April 11, 2014 (Dkt. 123), from the Order Granting Defendant's Motion for Summary Judgment of Non-Infringement as to all Claims entered on September 30, 2014 (Dkt. 278), from the Order Denying Plaintiffs' Motion for Reconsideration of the Summary Judgment Order entered on December 12, 2014

-1-

McKool 1072104v1

(Dkt. 299), from the Order of Final Judgment entered on January 8, 2015 (Dkt. 303), and from any and all other judgments, orders, opinions, rulings, and findings pertinent or ancillary to the foregoing.

Payment of the required fee of $505.00 is provided with this Notice of Appeal.

Dated:       January 12, 2015          By:     */s/ Dirk Thomas*

                                                          Dirk D. Thomas
                                                          **MCKOOL SMITH, P.C.**
                                                          1999 K Street, NW, Suite 600
                                                          Washington, DC 20006
                                                          Tel: (202) 370-8302
                                                          Fax: (202) 370-8344

                                                          *Attorney for Plaintiffs,*
                                                          *WI-LAN USA, Inc. and WI-LAN INC.*

McKool 1072104v1

# CERTIFICATE OF SERVICE

All Case Participants are registered for the USDC CM/ECF System

*WI-LAN USA, INC. and WI-LAN INC. v. APPLE INC.,*
*Southern District of California Case Number 3:13-cv-0798-DMS-BLM*

**PLAINTIFFS' NOTICE OF APPEAL**

We hereby certify that on January 12, 2015, we electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

By: /s/ *Dirk Thomas*

-3-

McKool 1072104v1